# UNITED STATES DISTRICT COURT
# IN THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHN YOUNG, individually and on behalf of
a class of similarly situated persons,

       Plaintiff,

vs.

MIDLAND CREDIT MANAGEMENT, INC.,

       Defendant.

Case No.  1:20-cv-00479-JTN-RSK

Hon. Janet T. Neff

---

James Vlahakis
SULAIMAN LAW GROUP, LTD.
2500 South Highland Ave.,
Suite 200
Lombard, IL 60148
(630) 575-8181
jvlahakis@sulaimanlaw.com

*Attorneys for Plaintiff*

Theodore W. Seitz (P60320)
Elisa J. Lintemuth (P74498)
Kyle M. Asher (P80359)
Dykema Gossett PLLC
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI  49503-2306
(616) 776-7532
elintemuth@dykema.com

*Attorneys for Defendant*

---

## STIPULATED ORDER OF DISMISSAL

WHEREAS the Parties, by their respective counsel, having stipulated to the entry of an order; and this Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that:

1. Plaintiff's individual capacity claims are hereby DISMISSED with prejudice and without costs to any party;

2. That the putative class members' claims are dismissed without prejudice; and

IT IS FURTHER ordered that the parties bear their own costs, expenses, interest, and attorney fees.

IT IS SO ORDERED.

Dated:  August  20 , 2020

  /s/ Janet T. Neff
Honorable Janet T. Neff
United States District Court

So Stipulated:

*/s/ James Vlahakis (w/consent)*
James Vlahakis
SULAIMAN LAW GROUP, LTD.
Attorneys for Plaintiff
2500 South Highland Ave.,
Suite 200
Lombard, IL 60148
(630) 575-8181
jvlahakis@sulaimanlaw.com

Dated:  August 19, 2020


*/s/ Elisa J. Lintemuth*
Theodore W. Seitz (P60320)
Elisa J. Lintemuth (P74498)
Kyle M. Asher (P80359)
DYKEMA GOSSETT PLLC
Attorneys for Defendant
300 Ottawa Avenue, N.W., Suite 700
Grand Rapids, MI  49503-2306
(616) 776-7532
elintemuth@dykema.com

Dated:  August 19, 2020